IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WESTERN OILFIELDS SUPPLY §
COMPANY D/B/A RAIN FOR RENT, §
PLAINTIFF, §
§ CAUSE NO. A-16-CV-1263-LY
V. §
§
JARED Z. ROSE AND NATIONAL §
TANK & EQUIPMENT, LLC, §
DEFENDANTS. §

## FINAL JUDGMENT

Before the court is the above entitled cause. On April 30, 2018, the parties filed an Agreed Motion of Dismiss with prejudice (Doc. #33), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __1st__ day of May, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE